UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA MUZUMALA,

                Plaintiff,

      - against -

ALEJANDRO MAYORKAS, ET AL.,

                Defendant.

22-cv-3789 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the plaintiff's submission styled as a motion for a default judgment against the defendant United States Immigration & Customs Enforcement ("ICE") (ECF No. 19). Because ICE has not yet been served in this action and the time for the United States Marshals to effectuate service on ICE has not expired, any request for a default judgment against ICE is premature. Accordingly, the plaintiff's motion for a default judgment as to ICE is **denied without prejudice.** The time for the U.S. Marshals to effectuate service of the summons and complaint on ICE is extended to **December 19, 2022.**

    The Clerk is respectfully directed to close ECF No. 19 and to mail a copy of this Order to the <u>pro se</u> plaintiff.

SO ORDERED.

Dated:    New York, New York
           October 19, 2022

                             John G. Koeltl
                      United States District Judge