UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA MUZUMALA,

                **Plaintiff,**

    - against -

FEDERAL BUREAU OF INVESTIGATION,
ET AL.,

                **Defendants.**

22-cv-3789 (JGK)

ORDER OF SERVICE

---

**JOHN G. KOELTL, District Judge:**

    The summons and third amended complaint (ECF No. 15) in this case must be served on the Federal Bureau of Investigation ("FBI"). Because the plaintiff has been granted permission to proceed in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals to effect service. See Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

    To allow the plaintiff to effect service on the FBI through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further directed to: (1) complete the USM-258 form with the address for the FBI; (2) check the box on the USM-258 form labeled "Check for service on U.S.A."; and (3) issue a summons and deliver to the U.S. Marshals Service a copy of this Order of Service and all documents necessary to effect service of the summons and the third amended

complaint on the FBI and the United States. The service addresses for the FBI and the United States are as follows:

1. Federal Bureau of Investigation
   26 Federal Plaza, 23rd Floor
   New York, New York 10278

2. Merrick Garland
   U.S. Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

The Clerk is respectfully directed to close ECF No. 22.

**SO ORDERED.**

**Dated:** **New York, New York**
**December 22, 2022**

_____
John G. Koeltl
United States District Judge