UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA MUZUMALA,

              Plaintiff,

- against -

ALEJANDRO MAYORKAS, ET AL.,

              Defendant.

---

22-cv-3789 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On June 6, 2023, this Court extended the time for the defendants to file their motion for summary judgment and motion to dismiss by 30 days, to **July 30, 2023**. ECF No. 38. The time for the plaintiff to respond is therefore extended to **August 28, 2023,** and the time to reply is extended to **September 25, 2023.**

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
            July 12, 2023

                                            John G. Koeltl
                                    United States District Judge