```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------
JOSHUA MUZUMALA,

                Plaintiff,

   - against -

FEDERAL BUREAU OF INVESTIGATION,
ET AL.,

                Defendants.

------------------------------------------------------------

22-cv-3789 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    On July 31, 2023, the defendants filed (1) their motion for summary judgment with respect to the plaintiff's Freedom of Information Act ("FOIA") claims, ECF No. 40, and (2) their motion to dismiss the remaining non-FOIA claims, ECF No. 45. In response, the plaintiff filed an opposition to the defendant's motion for summary judgment and a cross-motion for partial summary judgment on the FOIA claims. ECF Nos. 47-49. The plaintiff's memorandum of law states that the plaintiff "is not challenging the Government's motion to dismiss the non-FOIA claims as enumerated and described in ECF No. 45," referring to the motion to dismiss. Pl.'s Memo. of Law, ECF No. 47, at 1.

    The defendants' reply in support of its motions is due on **September 25, 2023**. ECF No. 39. On that same date, the defendants may submit an opposition to the plaintiff's cross-motion for summary judgment. The plaintiff may file a reply in support of his cross-motion for summary judgment on **October 13, 2023**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

**Dated:**   New York, New York
September 5, 2023

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge