UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA MUZUMALA,

                Plaintiff,

    - against -

ALEJANDRO MAYORKAS, ET AL.,

                Defendants.

22-cv-3789 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file a reply in support of his cross-motion for summary judgment was October 27, 2023. To date, no reply has been filed. Accordingly, the time for the plaintiff to reply is extended to **November 10, 2023**. If the plaintiff fails to reply by that date, the motion will be decided on the current papers.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and note service on the docket.

SO ORDERED.

Dated:    New York, New York
            October 30, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge