UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA MUZUMALA,                           22-cv-3789 (JGK)

            Plaintiff,           ORDER

  - against -

ALEJANDRO MAYORKAS, ET AL.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment, ECF No. 40, and motion to dismiss Counts XII, XIV, and XV of the plaintiff's amended complaint, ECF No. 45.

SO ORDERED.

Dated:    New York, New York
          November 10, 2023

                                        John G. Koeltl
                                United States District Judge