UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
JOSHUA MUZUMALA,

                      Plaintiff,

    -against-                                            22 CIVIL 3789 (JGK)

                                                       **JUDGMENT**

FEDERAL BUREAU OF INVESTIGATION, ET AL.,

                      Defendant.
-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 20, 2023, the Government's motion to dismiss and motion for summary judgment are granted. The plaintiff's cross-motion for summary judgment is denied. Accordingly, the case is closed.

**Dated:**  New York, New York

      December 21, 2023

                                                           **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                 **BY:**                                      

                                                                  **Deputy Clerk**