UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

JOSHUA MUZUMALA,                           22-cv-3789 (JGK)

               Plaintiff,          ORDER

      - against -

ALEJANDRO MAYORKAS, ET AL.,

              Defendants.
───────────────────────────────

**JOHN G. KOELTL**, District Judge:

    The plaintiff's request for leave to appeal in forma pauperis, ECF No. 64, is denied without prejudice because no appeal would be filed in good faith. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The petitioner may renew his application before the Court of Appeals for the Second Circuit.

    The Clerk is directed to close ECF No. 64.

**SO ORDERED.**

Dated:    New York, New York
           January 18, 2024

                                        _____
                                            John G. Koeltl
                                        United States District Judge